UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS MACHADO-ABRAJAN,<br><br>    Defendant. | No. CR-05-203-FVS<br><br>ORDER DISMISSING<br>INDICTMENT |

**IT IS HEREBY ORDERED:**

The indictment in this matter is dismissed.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___6th___ day of May, 2008.

                                s/ Fred Van Sickle
                                Fred Van Sickle
                        United States District Judge

ORDER DISMISSING INDICTMENT- 1